# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

**FINEMAN KREKSTEIN & HARRIS, P.C.**
*A Pennsylvania Professional Corporation*
BY: RICHARD J. PERR, ESQUIRE
Ten Penn Center
1801 Market Street, Suite 1100
Philadelphia, PA 19103-1628
(v) 215-893-9300; (f) 215-893-8719
rperr@finemanlawfirm.com
**Attorneys for Defendant Quality Asset Recovery, LLC**

| | | |
|---|---|---|
| MARIO DAMAS, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| QUALITY ASSET RECOVERY, LLC, | : | |
| Defendant | : | NO. |
| | : | |

## NOTICE OF REMOVAL

Defendant QUALITY ASSET RECOVERY, LLC ("QAR" or "Defendant"), by its undersigned counsel, hereby petitions this Court as follows, pursuant to 28 U.S.C. § 1441(b):

1. QAR is a defendant in an action pending in the Superior Court of New Jersey, Law Division, Special Civil Part, Hudson County, Docket No. HUD-DC-011348-17 ("the State Court Action"). A true and correct copy of the Complaint in the State Court Action is attached hereto as Exhibit "A".

2. Plaintiff in the State Court Action is MARIO DAMAS ("Plaintiff"). <u>See</u> Exhibit "A".

3. Plaintiff's State Court Action alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*.

4. The State Court Action involves a question of federal law. Pursuant to 28 U.S.C. § 1331, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

5. Pursuant to 28 U.S.C. § 1441(a), "[a]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

6. Since this case arises out of an alleged violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, Defendant may properly remove the State Court Action to this Court based on 28 U.S.C. § 1441(a).

7. This Notice has been filed with the Court within thirty (30) days after purported service of the Complaint on Defendant.

WHEREFORE, Defendant QUALITY ASSET RECOVERY, LLC, prays that the State Court Action be removed from the Superior Court of New Jersey, Law Division, Special Civil Part, Hudson County, Docket No. HUD-DC-011348-17, to this Court for proper and just determination.

    FINEMAN KREKSTEIN & HARRIS, P.C.

By:    /S/ Richard J. Perr
RICHARD J. PERR, ESQUIRE
MONICA M. LITTMAN, ESQUIRE
Ten Penn Center
1801 Market Street, Suite 1100
Philadelphia, PA  19103-1628
(v) 215-893-9300; (f) 215-893-8719
rperr@finemanlawfirm.com
mlittman@finemanlawfirm.com
Attorneys for Defendant

Dated:   August 29, 2017

# CERTIFICATE OF SERVICE

I, RICHARD J. PERR, ESQUIRE, hereby certify that on this date I served a true and correct copy of the foregoing electronically, or by first class mail, postage prepaid, or telecopy on the following:

>Edward B. Geller, Esquire
>Edward B. Geller, Esquire P.C., Of Counsel
>M. Harvey Rephen & Associates, P.C.
>15 Landing Way
>Bronx, NY  10464
>(v) 914-473-6783
>epbh@aol.com
>        Attorneys for Plaintiff


                /S/ Richard J. Perr
                RICHARD J. PERR, ESQUIRE

Dated:   August 29, 2017