UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

-----------------------------------------------------------X

MARIO DAMAS,

                Plaintiff,              Case No. 2:17-cv-06511

       -against-            **STIPULATION OF DISMISSAL**

QUALITY ASSET RECOVERY, LLC,     **AGAINST ALL PARTIES**

               Defendant          **WITH PREJUDICE**

-----------------------------------------------------------X

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Mario Damas and Defendant Quality Asset Recovery, LLC hereby stipulate and agree that Plaintiff's cause against Quality Asset Recovery, LLC is voluntarily dismissed in its entirety and with prejudice, with each party to bear its own costs and attorney's fees. No party hereto is an infant or incompetent. There is no Counterclaim.

Dated: February 14, 2018

/s/Edward B. Geller, Esq.          /s/Graeme E. Hogan, Esq.

Edward B. Geller, Esq., P.C.        Fineman Krekstein & Harris

15 Landing Way                     1801 Market Street, Ste. 1100

Bronx, New York 10464           Philadelphia, PA 19103

Tel:(914)473-6783                 Tel: (215)644-6590

Attorney for Plaintiff               Attorney for Defendant