UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

-----------------------------------------------------------X

MARIO DAMAS,

                Plaintiff,                Case No. 2:17-cv-06511

            -against-                **STIPULATION OF DISMISSAL**

QUALITY ASSET RECOVERY, LLC,        **AGAINST ALL PARTIES**

                Defendant              **WITH PREJUDICE**

-----------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Mario Damas and Defendant Quality Asset Recovery, LLC hereby stipulate and agree that Plaintiff's cause against Quality Asset Recovery, LLC is voluntarily dismissed in its entirety and with prejudice, with each party to bear its own costs and attorney's fees. No party hereto is an infant or incompetent. There is no Counterclaim.

Dated: February 14, 2018

| | |
|---|---|
| /s/Edward B. Geller, Esq. | /s/Graeme E. Hogan, Esq. |
| Edward B. Geller, Esq., P.C. | Fineman Krekstein & Harris |
| 15 Landing Way | 1801 Market Street, Ste. 1100 |
| Bronx, New York 10464 | Philadelphia, PA 19103 |
| Tel:(914)473-6783 | Tel: (215)644-6590 |
| Attorney for Plaintiff | Attorney for Defendant |

                SO ORDERED

                __*s/Claire C. Cecchi*__
                Claire C. Cecchi, U.S.D.J.

            Date:  2/20/18